IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN ENGLER and
TERRY ENGLER,

    Plaintiffs,

-vs-

DONALD W. BROWN, INC.,
d/b/a Caldwell Banker Brown Realtors,

    Defendants.                      NO. 11-CV-997-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 23, 2012, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                          BY:      /s/*Sandy Pannier*
                                      **Deputy Clerk**

Dated: August 28, 2012

Digitally signed by David R. Herndon
Date: 2012.08.28 11:16:01 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT